

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JONATHAN SCHOEPP-WONG
*Assistant Corporation Counsel*
Phone: 212-356-2275
jschoepp@law.nyc.gov

November 10, 2022

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov

Re:  *Schvimmer v. Randall*
      Docket No. 22-2851

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for Peter Hill, Nicholas P. Smith, Harvey S. Jacobs, and Sally Simone Markowitz on the docket for this appeal. The Law Department did not appear on these parties' behalf in the district court, all of whom were represented by different counsel or appeared pro se.

Thank you for your consideration.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for City Appellees

By: _____
Jonathan Schoepp-Wong
Assistant Corporation Counsel

cc:    David E. Oles, Sr.
5755 North Point Parkway
Suite 25
Alpharetta, GA 30022
*Attorney for Appellants*

David Lawrence III
OFFICE OF THE ATTORNEY GENERAL
28 Liberty Street, 23rd Floor
New York, NY 10005
*Attorney for Appellees Coakley, Hopkins, and Randall*

David S. Rutherford
RUTHERFORD & CHRISTIE, LLP
800 3rd Avenue
New York, NY 10022
*Attorney for Appellee Billa Tessler Bendet*

Brandon Berkowski
FULLERTON BECK LLP
One West Red Oak Lane
White Plains, NY 10604
*Attorney for Appellees Peter Hill and Nicholas P. Smith*

Harvey S. Jacobs, Esq
45 East 89th Street
Suite 12G
New York, NY 10128
*Appellee Pro Se*

Sally Simone Markowitz
8777 Creekside Way #1123
Highlands Ranch, CO 80129
*Appellee Pro Se*

Rabbi Azriel Juda Katz
407 Marcy Avenue 4-A
Brooklyn, NY 11206
*Appellee Pro Se*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Israel Schvimmer, et al.

**CERTIFICATE OF SERVICE***

v.

Docket Number: 22-2851

Roderick Randall, et al.

I, Jonathan Schoepp-Wong , hereby certify under penalty of perjury that
(print name)

on 11/10/2022 , I served a copy of the City Appellees' November 10, 2022 Letter
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     X United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

See addendum

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/10/2022

Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

**Parties served by U.S. Mail:**

David E. Oles, Sr.
5755 North Point Parkway
Suite 25
Alpharetta, GA 30022
*Attorney for Appellants*

David Lawrence III
OFFICE OF THE ATTORNEY GENERAL
28 Liberty Street, 23rd Floor
New York, NY 10005
*Attorney for Appellees Coakley, Hopkins, and Randall*

David S. Rutherford
RUTHERFORD & CHRISTIE, LLP
800 3rd Avenue, 8th Floor
New York, NY 10022
*Attorney for Appellee Billa Tessler Bendet*

Brandon Berkowski
FULLERTON BECK LLP
One West Red Oak Lane
White Plains, NY 10604
*Attorney for Appellees Peter Hill and Nicholas P. Smith*

Harvey S. Jacobs, Esq
45 East 89th Street
Suite 12G
New York, NY 10128
*Appellee Pro Se*

Sally Simone Markowitz
8777 Creekside Way #1123
Highlands Ranch, CO 80129
*Appellee Pro Se*

Rabbi Azriel Juda Katz
407 Marcy Avenue 4-A
Brooklyn, NY 11206
*Appellee Pro Se*